# PERKINS COIE

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T +1.212.262.6900  
F +1.212.977.1649  
PerkinsCoie.com

June 17, 2024

*[Signature]*  
**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

Honorable Lorna G. Schofield  
United States District Court  
Southern District of New York  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Application **GRANTED** in part.  Defendant shall answer or otherwise respond to the Complaint by **August 12, 2024.**  The July 3, 2024, conference will proceed as scheduled.  The parties are apprised that the initial pretrial conference typically is not adjourned based on the deadline to answer.

Dated: June 18, 2024  
        New York, New York

Re:  *Pedro Liz, on Behalf of Himself and All Others Similarly Situated, v. Reverb.com, LLC*  
     Case No. 1:24-cv-03615

**Defendant Reverb.com LLC's Request for Extension of Time to Respond to the Complaint**

Dear Judge Schofield:

We represent Defendant Reverb.com, LLC ("Defendant") in the above-referenced action.  We write to request an extension of time to respond to the Complaint in this action until August 12, 2024. The current date by which a response to the Complaint is due is June 28, 2024.  This extension will allow Defendant to investigate the claims and the parties to confer regarding the matter.

Counsel also requests an extension to the date of the Rule 16 Initial Pretrial Conference in this action until September 3, 2024, or until such time thereafter that the Court deems appropriate.  The current date of the Rule 16 conference is July 3, 2024.  Should the Court grant this request, the dates for the joint letter and joint proposed Civil Case Management Plan and Scheduling Order would change as well in accordance with the Court's Individual Rules and Practices for Civil Cases.

Defendant's counsel has conferred with counsel for the plaintiff, who consents to these requests.  Defendant has made no previous requests for an extension in this matter.

Perkins Coie LLP