UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    PEDRO LIZ,

                      Plaintiff,

              -against-                         24 Civ. 3615 (LGS)

                                                    ORDER
    REVERB.COM, LLC,

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for July 3, 2024.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the July 3, 2024, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue separately. The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED** that if the parties seek to file a motion to dismiss or for summary judgment, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 and 6. It is further

      **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 26, 2024
       New York, New York

                                      LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE