**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

PEDRO LIZ, on behalf of herself and
all others similarly situated,                                        Civil Action No.

                  Plaintiff,                                        1:24-cv-3615


           -against-

REVERB.COM, LLC,                                        **JOINT STIPULATION OF**
                                                        **DISMISSAL WITH PREJUDICE**
           Defendant.
_____x

Plaintiff, Pedro Liz, and Defendant, Reverb.com, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.


      Dated: August 6, 2024


By: _____                    By: _____

     Gabriel A. Levy, Esq.                               Dennis C. Hopkins, Esq.
         _Attorney for Plaintiff_                             _Attorneys for Defendant_
     Gabriel A. Levy, P.C.                               Perkins Coie LLP
     1129 Northern Blvd, Ste 404                          1155 Avenue of the Americas
     Manhasset, NY 11030                                 22nd Floor
     T: 347-941-4715                                     New York, NY 10036
     Glevy@glpcfirm.com                                  T :  (212) 261-6916
                                                        Dhopkins@perkinscoie.com